

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Michael Allyn Kennedy

No. 06-19-00103-CV

Original Prohibition Proceeding

Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that this original proceeding should be dismissed for want of jurisdiction. Therefore, we dismiss the original proceeding.

RENDERED JANUARY 30, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk